# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146153

ARCHIE L. SMITH, II,
        Plaintiff-Appellee,

v                                               SC: 146153
                                                COA: 308484
                                                WCAC: 08-000140

EATON CORPORATION TORQUE
CONTROLS and OLD REPUBLIC
INSURANCE COMPANY,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the October 1, 2012 order of the Court of Appeals is considered, and it is DISMISSED. The decision of the Michigan Compensation Appellate Commission (MCAC) that the defendants seek to appeal is not a final order because it did not dispose of "all the claims" of the parties. MCR 7.202(6)(a)(1). This Court has jurisdiction only to consider appeals from final decisions or final orders of the MCAC. MCL 418.861a(14); *Lucas v Ford Motor Co*, 299 Mich 280 (1941).

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                                   _____
                                                                    Clerk

t0225